COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 July 23, 2015
 No. 10-15-00008-CR
 HAROLD BAREFIELD
 v.
 THE STATE OF TEXAS
 
 
 From the County Court at Law
 Navarro County, Texas
 Trial Court No. C-35172-CR
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issue raised and finds no reversible error is presented. Accordingly the trial court's judgment, signed on December 16, 2014, is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk